Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WESLEY CAUDLE,<br>    Plaintiff,<br><br>        v.<br>CAROLYN COLVIN,<br>Commissioner of Social Security,<br>    Defendant. | 6:15-CV-00257-KI<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $10,394 pursuant to 42 U.S.C. § 406(b). The attorney fee of $5,004.36 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this 21st day of December, 2016.

_____
Garr King
United States District Court Judge